**In re the MARRIAGE OF: Ronald Lewis HACKENJOS, Petitioner-Respondent,**

**and**

**Patricia Josephine Hackenjos, Respondent-Appellant.**

**No. WD32510.**

Missouri Court of Appeals, Western District.

April 6, 1982.

Joseph F. Caresio, Kansas City, for respondent-appellant.

Ronald Lewis Hackenjos, petitioner-respondent pro se.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

**ORDER**

PER CURIAM:

Appeal from custody provision of the Amended Decree of Dissolution of Marriage dated January 8, 1981, granting the care and custody of minor child to petitioner.

Judgment affirmed. Rule 84.16(b).